**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

JEAN E. KARTCHNER,
      Plaintiff,

v.                                                                                   CV No. 19-1070 CG

ANDREW SAUL, Commissioner of the
Social Security Administration,

      Defendant.

## ORDER SETTING BRIEFING SCHEDULE

**THIS MATTER** is before the Court for scheduling. **IT IS HEREBY ORDERED** that:

(1)     Plaintiff shall file a Motion to Reverse or Remand Administrative Agency with Supporting Memorandum on or before **April 10, 2020;**

(2)     Defendant shall file a Response on or before **June 9, 2020;**

(3)     Plaintiff may file a Reply on or before **June 23, 2020;**

(4)     All supporting memoranda filed pursuant to this Order shall cite **ONLY** the relevant portions of the transcript or record in support of assertions of fact and shall cite authority in support of propositions of law; and

(5)     **All requests for extensions of time altering the deadlines set in this Order shall be made through a motion to the Court.** If the parties concur in seeking an extension of time, they shall submit a stipulated proposed order to the Court for approval.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE