**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

JEAN E. KARTCHNER,
      Plaintiff,

v.                                                CV No. 19-1070 CG

ANDREW SAUL, Commissioner of the
Social Security Administration,

        Defendant.

## ORDER QUASHING ORDER TO SHOW CAUSE

**THIS MATTER** is before the Court on Plaintiff's *Response to the Court's Order to Show Cause* (the "Response"), (Doc. 16), filed June 11, 2020. The Court, having reviewed the Response, finds the Response is well-taken.

**IT IS THEREFORE ORDERED** that the Court's *Order to Show Cause*, (Doc. 14), filed June 11, 2020, is hereby **QUASHED**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE